# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 21-2542

_____

Governor Kristi Noem, in her official capacity as the Governor of South Dakota; South Dakota

Plaintiffs - Appellants

v.

Deb Haaland, in her official capacity as United States Secretary of the Interior; Shannon A. Estenoz, in her official capacity as Principal Deputy Assistant Secretary of the Interior for Fish and Wildlife and Parks; Shawn Benge, in his official capacity as acting Director and Deputy Director of Operations of the National Park Service; Herbert Frost, in his official capacity as National Park Service Director of the Midwest Region

Defendants - Appellees

Cheyenne River Sioux Tribe; Steve Vance

Intervenor Defendants - Appellees

-----------------------------

State of Kansas; State of Alabama; State of Arizona; State of Arkansas; State of Indiana; State of Louisiana; State of Mississippi; State of Missouri; State of Montana; State of Nebraska; State of Ohio; State of Oklahoma; State of South Carolina; State of Tennessee; State of Texas; State of West Virginia

Amici on Behalf of Appellant(s)

National Parks Conservation Association

Amicus on Behalf of Appellee(s)

_____

Appeal from U.S. District Court for the District of South Dakota - Central
(3:21-cv-03009-RAL)

_____

**JUDGMENT**

Before BENTON, SHEPHERD, and STRAS, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is vacated and the appeal is dismissed in accordance with the opinion of this court.

July 27, 2022

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans